GEORGE G. WILDER AND BENJAMIN SNOW JR. vs. BENJAMIN WHEELER

Principles upon retaxation of costs.

*Motion by plaintiffs for retaxation of costs.*—This cause, and another against the same defendant, were noticed for hearing the same day, before referees, both involving the same question ; witnesses were sworn in the other cause, in which plaintiffs obtained a judgment for damages and costs. It was afterwards agreed that the same testimony should be used in this cause. It appeared that the witnesses were subpœnaed in this cause also. Plaintiffs recovered less than $50.

E. PEARSON, *Plff's Counsel.*          PEARSON & CHURCH, *Plff's Attys.*
C. D. SHELDON, *Deft's Counsel.*          C. D. SHELDON, *Defts Atty.*

BRONSON, Chief Justice.—Notice on order for bill of particulars—affidavit to procure absolute order for bill of particulars—proof of service of subpœna—proof of service of notice to produce books and papers, and docketing transcripts, are not taxable items, and must be stricken out.

The witnesses fees are taxable in this cause, although sworn in the other and not in this. Affidavit for retaxation, as to items not provided for in the fee bill, need only show that such items were objected to before the taxing officer. As to the other items, it should state the grounds of the objections to such items.